RECEIVED

JUN 1 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN POULLARD | CIVIL ACTION NO. 6:15-cv-0513 |
| LA. DOC #98999 | |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE PATRICK J. HANNA |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the petition is deemed **SUCCESSIVE** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _June_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE